# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **DONALD G. DENKINGER, et al.,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | **8:05CV344** |
| vs. ) | |
| ) | **ORDER** |
| **JAMES D. CLARK, et al.,** ) | |
| ) | |
| **Defendants.** ) | |

This matter is before the court on the parties' Joint Motion to continue the planning conference now set for February 6, 2006. The court is not available on the proposed date of April 6, 2006; however, the conference will be continued to Thursday, April 13, 2006 at 10:30 a.m.

**IT IS ORDERED** that the Joint Motion (#30) is granted. Paragraph 6 of the Initial Progression Order (#17) is hereby amended to reflect that the planning conference will be held on Thursday, **April 13, 2006 at 10:30 a.m.**

**DATED February 3, 2006.**

                              **BY THE COURT:**

                              s/ F.A. Gossett
                              **United States Magistrate Judge**