## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **DONALD G. DENKINGER, et al.,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | **8:05CV344** |
| **vs.** | ) | |
| | ) | **SCHEDULING ORDER** |
| **JAMES D. CLARK, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

Judge Smith Camp has this date denied the third-party defendant's Motion to Dismiss.

**IT IS ORDERED** that a telephonic planning conference will be held on **Thursday, June 8, 2006, at 10:00 a.m.** for the purpose of reviewing the preparation of the case to date and the scheduling of the case to trial.  Plaintiffs' counsel shall initiate the conference call to the court at 402-661-7340.  At the request of the parties, the conference may be held in chambers.

**DATED May 19, 2006.**

                                BY THE COURT:

                                s/ F.A. Gossett
                                **United States Magistrate Judge**