IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DONALD G. DENKINGER, CHARLES J. HILGER, DENNIS HERMAN JANSSEN and the CLARK BROS. TRANSFER, INC. EMPLOYEE STOCK OWNERSHIP PLAN AND TRUST, | ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | |
| JAMES D. CLARK, GRANT J. DEYONGE, and SAIA MOTOR FREIGHTLINE, INC., a Louisiana Corporation (successor in interest to CLARK BROS. TRANSFER, INC., a Nebraska corporation, | ) ) ) ) ) ) | 8:05CV344 SCHEDULING ORDER |
| Defendants. | ) ) ) | |
| JAMES D. CLARK and GRANT J. DEYONGE, both individually and in the name and interest of the entity formerly known as CLARK BROS. TRANSFER, INC., a Nebraska corporation, | ) ) ) ) ) ) | |
| Third-Party Plaintiffs, | ) ) | |
| vs. | ) ) | |
| AMERITAS INVESTMENT CORP., | ) ) | |
| Third-Party Defendant. | ) | |

**IT IS ORDERED** that all responses to the OBJECTIONS [58] of Defendants/Third-Party Plaintiffs to the NOTICE OF INTENT TO SERVE SUBPOENA [57] filed by the Third-Party Defendant shall be filed no later than **September 15, 2006**. Defendants/Third-Party Plaintiffs are given until and including **September 20, 2006** to file a reply brief. The matter will be deemed submitted for decision on September 21, 2006.

**DATED August 31, 2006.**

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge