# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **DONALD G. DENKINGER, et al.,** | ) | |
| Plaintiffs, | ) ) ) | |
| vs. | ) ) | |
| **JAMES D. CLARK, et al.,** | ) ) | 8:05CV344 |
| Defendants. | ) ) | ORDER |
| **JAMES D. CLARK, et al.,** | ) ) ) | |
| Third-Party Plaintiffs, | ) ) | |
| vs. | ) ) | |
| **AMERITAS INVESTMENT CORP.,** | ) ) | |
| Third-Party Defendant. | ) ) | |

Upon notice from counsel for Ameritas Investment Corp. that the Objections [58] of Defendants/Third-Party Plaintiffs to Ameritas' proposed subpoena, *see* Filing [57] have been resolved,

**IT IS ORDERED:**

1. The briefing schedule set on August 31, 2006 (Filing [59]) is vacated, and

2. The Objections [58] are denied as moot, without prejudice to reassertion as necessary.

**DATED September 14, 2006.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**