# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **DONALD G. DENKINGER, et al.,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | **8:05CV344** |
| vs. ) | |
| ) | **SCHEDULING ORDER** |
| **JAMES D. CLARK, et al.,** ) | |
| ) | |
| **Defendants.** ) | |

A Mediation Closure Notice [74] was filed April 16, 2007 advising that the parties have reached an agreement on all issues.  After consultation with counsel, and pursuant to NECivR 68.1,

**IT IS ORDERED**:

1.   The parties are given until and including **May 30, 2007** to file a joint stipulation for dismissal (or other dispositive stipulation), together with submitting to Judge Smith Camp, at smithcamp@ned.uscourts.gov, a draft order which will fully dispose of the case.

2.   If the parties are unable to finalize the settlement agreement by May 30, 2007, they are given until and including **May 30, 2007**, to file a joint status report to that effect.

**DATED April 17, 2007.**

> **BY THE COURT:**
>
> s/ F.A. Gossett
> **United States Magistrate Judge**