IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DONALD G. DENKINGER, CHARLES J. HILGER, DENNIS HERMAN JANSSEN, and CLARK BROS. TRANSFER, Inc. Employee Stock Ownership Plan And Trust,<br><br>Plaintiffs,<br><br>v.<br><br>JAMES D. CLARK, GRANT J. DeYONGE, and SAIA MOTOR FREIGHTLINE, Inc., A Louisiana Corporation,<br><br>Defendants,<br><br>and<br><br>JAMES D. CLARK, GRANT J. DeYONGE, and SAIA MOTOR FREIGHTLINE, Inc., A Louisiana Corporation,<br><br>Third-Party Plaintiffs,<br><br>v.<br><br>AMERITAS INVESTMENT CORP.,<br><br>Third-Party Defendant. | CASE NO. 8:05CV344<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

This matter is before the Court on the parties' Stipulation to Dismiss With Prejudice (Filing No. 76). The Court has considered the Stipulation and finds that it complies with the requirements of Fed. R. Civ. P. 41(a)(1)(ii). Accordingly,

IT IS ORDERED:

1. The Stipulation to Dismiss (Filing No. 76) is approved, and the relief requested therein is granted;

2. The Complaint (Filing No. 1), the Third-Party Complaint (Filing No. 24), and all claims and counterclaims of whatever type are hereby dismissed with prejudice; and

3. The parties shall pay their own costs and attorneys' fees.

DATED this 21st day of May, 2007.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge